# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| VIRGILIO ALVARDO | Case Number: 8:07-cr-519-T-26EAJ |
|  | USM Number: 27746-034 |

___Mary Mills  (AFPD)___
Defendant's Attorney

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __One, Two & Three__ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to submit written monthly reports due on | 6/09, 7/09 & 8/09 |
| 2. | Failure to work regularly at a lawful occupation | October 2007 |
| 3. | Failure to notify two weeks prior to any change in residence | September 3, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

___November 24, 2009___
Date of Imposition of Judgment

_[signature]_

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Dated:   November 24, 2009

Defendant: **VIRGILIO ALVARDO** Judgment - Page 2 of 2
Case No.: **8:07-cr-519-T-26EAJ**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THREE (3) MONTHS** as to the violation of Supervised Release.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
A facility located in Coleman, Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m. p.m. on _____.

____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL